THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:10cv001

BENJAMIN M. STEWART, )
)
      Plaintiff, )
)
vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
      Defendant. )
_____ )

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: November 29, 2011

*[Signature]*
Martin Reidinger
United States District Judge